# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 0 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NOE SALBADOR MENA-MALDONADO,<br><br>                    Defendant. | CASE NO. 10CR4594-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: <u>8:1326 (a) and (b) - Deported Alien Found in the United States.</u>

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/2/10

                                   _____
                                   GORDON THOMPSON, JR.
                                   UNITED STATES DISTRICT JUDGE